FILED
FEB 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

GREGORY A. MILTON, #04717-084
Post Office Box 3000,
White Deer, Pennsylvania 17887,

Civil Action No. 08-08 0242

       Plaintiff,

       v.

United States District Judge
Honorable _____

UNITED STATES DEPARTMENT OF
JUSTICE, Federal Bureau of
Prisons 320 First Street, N.W.
Washington, D.C. 20534,

       Defendant.

---

### DECLARATION IN SUPPORT OF REQUEST FOR LEAVE TO PROCEED IN FORMA PAUPERIS

GREGORY A. MILTON, states under the penalty of perjury:

1. I am plaintiff in the above-entitled action. I make this declaration in support of my application for leave to proceed in forma pauperis pursuant to 28 U.S.C. §1915.

2. I am incarcerated in U.S.P. Allenwood, a facility under the jurisdiction of the U.S. Department of Justice, Federal Bureau of Prisons.

3. The balance in my inmate account as of January 22, 2008 was $3.03.

4. I am employed at U.S.P. Allenwood for the recreation department, receiving a monthly gross pay of approximately $120.00; and have a court imposed fine in which I pay a monthly payment of $25.00. Furthermore, I periodically receive mon(ies) from my family and send my son, Gregory A. Milton Jr., money whenever I am able to do so.

RECEIVED
JAN 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5. I have no other source of income and do not own any cash, bank account, real estate, stocks, bonds, notes, automobiles or other valuable property.

6. Attached hereto is a copy of a computer printout of my six (6) month inmate account transactions which was provided to me by my Unit Counselor.

Pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ Gregory A. Milton*
Mr. Gregory A. Milton
Pro se Plaintiff
Reg. No. 04717-084
U.S.P. Allenwood
Post Office Box 3000
White Deer, Pennsylvania
17887-3000