IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 13 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GREGORY A. MILTON, #04717-084
Post Office Box 3000
White Deer, Pennsylvania 17887,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
JUSTICE, Federal Bureau of
Prisons 320 First Street, N.W.
Washington, D.C. 20534,

    Defendant.

Civil Action No. 08-Cv-08 0242

United States District Judge
Honorable _____

### DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

GREGORY A. MILTON, declares under penalty of perjury:

1. I am plaintiff in this action. I make this declaration in support of my motion for a temporary restraining order and a preliminary injunction to ensure that recorded telephone conversations are not destroyed by the U.S. Department of Justice—Federal Bureau of Prisons, prior to plaintiff resolving his Freedom of Information Act ("FOIA") request for said tapes.

2. As set forth in the Complaint in this action, plaintiff sought release of several recorded telephone conversations under FOIA.

3. Plaintiff was informed in writing by the Federal Bureau of Prisons' ("BOP") Northeast Regional Office ("NERO"), that in order for defendant to release the requested recorded telephone conversations, I would have to have the party I spoke with during those

conversations execute a Privacy Act waiver.

4. Further it has been previously acknowledged by the defendant that the requested recorded telephone conversations had been preserved by the staff of the BOP in the NERO and the U.S.P. Allenwood BOP facility staff.

5. Due to complications in plaintiff contacting and getting the party of the recorded telephone conversations to submit an executed Privacy Act waiver, he sought information concerning the time frame in which the tapes would be either destroyed or erase and be no longer available to him.

6. In response to plaintiff's inquiry, he was informed that the recorded telephone conversations would only be kept for two (2) years after the initial recording of the initial phone call.

7. Because the two (2) year period would expire in less than thirty (30) days from the date of these instituted proceedings, plaintiff is seeking this temporary restraining order.

8. For the reasons set forth in the memorandum of law filed with this motion, plaintiff is entitled to a temporary restraining order requiring defendant to refrain from destroying, erasing or otherwise not assuring that the requested recorded telephone conversations are preserved pending resolution of this action.

9. For the foregoing reasons, this Court should grant the plaintiff's motion in all respects.

Pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: January 24, 2008

                _Gregory A. Milton_
Mr. Gregory A. Milton
Pro se Plaintiff
Reg. No. 04717-084
U.S.P. Allenwood
Post Office Box 3000
White Deer, PA 17887