FILED
FEB 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY A. MILTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 0242 |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on plaintiff's motion for a temporary restraining order and preliminary injunction. Plaintiff alleges that defendants may destroy the Federal Bureau of Prisons records he seeks under the Freedom of Information Act, see 5 U.S.C. § 552.

A temporary restraining order can be granted only if "it clearly appears from the specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damage will result to the applicant before the adverse party or that party's attorney can be heard in opposition." Fed. R. Civ. P. 65(b)(1). Having reviewed plaintiff's complaint, its attachments, and his motionfor injunctive relief, the Court concludes that plaintiff has not met his burden. Accordingly, it is hereby

ORDERED that plaintiff's motion for injunctive relief is DENIED without prejudice.

SO ORDERED.

DATE: 2/8/08

_____
United States District Judge