# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY A. MILTON<br># 047717-084<br>Post Office Box 3000<br>White Deer, Pennsylvania 17887<br><br>          Plaintiff,<br><br>          v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, Federal Bureau of<br>Prisons, 320 First Street, N.W.<br>Washington, D.C. 20534<br><br>          Defendant. | Civil Action No. 08-0242 (RWR) |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
## TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant respectfully requests an extension of time of 30 days to, and including, May, 5, 2008, in which to file an answer or otherwise respond to the complaint in this case, which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The office of the United States Attorney for the District of Columbia received a copy of the complaint on March 6, 2008. Pursuant to 5 U.S.C. § 552(a)(4)(C), Defendants' response to a FOIA complaint is due within 30 days of service of the complaint, or by April 7, 2008.[1] This is the first request for an enlargement of time in the case. Because Plaintiff is incarcerated and proceeding pro se, LCvR 7(m) is not applicable and we have not endeavored to ascertain Plaintiff's position with respect to this motion.

---

[1] The Court's docket states that Defendant's response is not due until May 7, 2008. Because this is a FOIA matter, however, it is possible that the docket is incorrect. If, as Defendant suspects, the docket is incorrect, it would appear that Defendant's response is due in 30 days (i.e., April 7, 2008), as opposed to the 60 days afforded by the Court's docket. In an abundance of caution, Defendant files this motion to confirm that it will have 60 days, or until May 5, 2008, to file their response to the Complaint.

Defendant requests an enlargement of time because this case was assigned to the undersigned Assistant United States Attorney after he joined the Civil Division on March 17, 2008. Undersigned counsel has been assigned a number of other cases with pending matters, and will need additional time to review the case files, and to confer and consult with agency counsel, prior to responding to the complaint.

WHEREFORE, the defendants respectfully requests an enlargement of time of 30 days to file an answer or otherwise respond to the complaint.

Respectfully submitted,

___/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


___/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


___/s/_____
CHRISTIAN NATIELLO, D.C. Bar # 473960
Assistant United States Attorney
Civil Division
555 4th Street, N.W., Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

GREGORY A. MILTON
# 047717-084
Post Office Box 3000
White Deer, Pennsylvania 17887

on this 4th day of April, 2008.

\_\_\_\_/s/_____
CHRISTIAN NATIELLO
Assistant United States Attorney
Civil Division
555 4th Street, N.W., Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov