IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**RECEIVED**
JUL 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GREGORY A. MILTON,

    Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

    Defendant.

Civil Case No. 08-Cv-0242

United States District Judge
Honorable Richard W. Roberts

MOTION FOR AN ADDITIONAL EXTENSION
OF TIME IN WHICH TO RESPOND TO THE
DEFENDANT'S MOTION TO DISMISS, OR IN
THE ALTERNATIVE FOR SUMMARY JUDGMENT

Comes Now, Gregory A. Milton, the undersigned Pro se Plaintiff, and submits this motion for an additional extension of time in which to respond to the defendant's motion to dismiss, or in the alternative for summary judgment. In support of this motion, plaintiff states as follows:

1. On July 10, 2008, this plaintiff received a "Notice of Electronic Filing" informing him that this Court granted his request for an extension of time to file his response to the defendant's motion to dismiss, or in the alternative for summary judgment.

2. Consequently, on July 11, 2008, plaintiff received a response from his informal adminstrative remedy request (BP-8), inquirying about the response to his final stage of seeking administrative relief concerning his FOIA request to the Federal Bureau of Prisons, for several recorded telephone conversations. (See Attachment 1).

3. Specifically, Attached to the BP-8 response was a notice of extension of time to respond by the Central Office—Administrative Remedy Coordinator, bearing a response due date of July 13, 2008. (See Attachment 2).

- 1 -

4. Thus, plaintiff is forced to seek an additional extension of time in which to file his response to the aforementioned dismissal and summary judgment pleadings submitted by the defendant.

5. Finally, plaintiff realleged paragraphs 5 through 8 of his initial motion requesting an extension of time to file his response to the defendant.

Wherefore, this Pro se Plaintiff prays this Honorable Court grants his request for an additional extension of time for 30 days; or until August 10, 2008. And, grants any and all other relief it deems just and proper in the interest of fairness and justice.

Respectfully submitted,

/s/ Gregory A. Chilton
Mr. Gregory A. Milton
Pro se Plaintiff
Reg. No. 04717-084
U.S.P. Allenwood
Post Office Box 3000
White Deer, Pennsylvania
17887-3000

CERTIFICATE OF SERVICE BY MAIL

I hereby certify that a true and complete copy of the foregoing has been given to prison officials for mailing, first class postage prepaid, and sent to: Office of the U.S. Attorney for the District of Columbia located at 555 Fourth Street, N.W., Washington, D.C. 20530. ON this 14 day of July, 2008, pursuant to 28 U.S.C. §1746.

Milton G.

United States Penitentiary
Allenwood, Pennsylvania

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

NOTE TO INMATE: You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 [BP-229(13)], you must ordinarily attempt to informally resolve your complaint through your Correctional Counselor. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally and state the names of staff contacted.

Issued By: _____ (Initials of Correctional Counselor)
Date Issued To The Inmate: 7/9/08

INMATE'S COMMENTS:   FOIA Complaint—[Milton v. DOJ, 08-Cv-0242 (RWR)

1. Complaint: I submitted a BP-11 to the Central Office which was timely received by the Administrative Remedy Coordinator. A response was due on June 23, 2008 (See Attached). Consequently, I have not received a response to date, and I have sought an extension of time in the Court in which to file a response until I obtain a decision in this matter.

2. Efforts you have made to informally resolve: I have spoke with the Associate Warden who informed me that I should receive a response previously but still I have received none.

3. Names of staff you contacted: Mr. Lara

Date Returned to Correctional Counselor: July 10, 2008

Inmate's Signature      04717-084        7/9/08
                        Reg. Number       Date

CORRECTIONAL COUNSELOR'S COMMENTS:

1. Efforts made to informally resolve and staff contacted: An extension for response on the BP-11 in question was generated on 7-9-08, it shows a response due 7-13-08. Copy of extension is attached.

G. GALLICK
Correctional Counselor

Unit Manager (Date) 7/11/08

Date BP-9 Issued: _____

Distribution: If complaint is NOT informally resolved - Forward original attached to BP-9 Form to the Executive Assistant.

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: JULY 9, 2008

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : GREGORY A MILTON, 04717-084
      ALLENWOOD USP    UNT: III    QTR: C02-220L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW. WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 482978-A1
DATE RECEIVED   : MAY 14, 2008
RESPONSE DUE    : JULY 13, 2008
SUBJECT 1       : OTHER LEGAL
SUBJECT 2       :
INCIDENT RPT NO: